

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00352-CV

| | | |
|---|---|---|
| WALLY YAMMINE, Appellant | § | On Appeal from County Court at Law No. 1 |
| V. | § | of Tarrant County (2019-001187-1) |
| | § | December 8, 2022 |
| NICOLE TAYLOR AND RICHARD TAYLOR, Appellees | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Wally Yammine shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
 Chief Justice Bonnie Sudderth